

PLAINTIFF(S)

HERALAL A. NANDLAL et.al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE HOSPITAL
11401 BLOOMFIELD AVENUE
NORWALK, CA 90650

DEFENDANT(S)

COLSON BAKER et.al. BAD
BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 EAST PACIFIC COAST
HIGWAY
MALIBU, CA 90265

FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2023

CENTRAL DISTRICT OF CALIFORNIA
BY        CS        DEPUTY

V.

CV23-7296

CASE NO.:

JURISDICTION: UNITED STATES DISTRICT COURT IN
& FOR THE SOUTHERN DISTRICT OF
CALIFORNIA
255 EAST TEMPLE STREET, LOS ANGELES,
CA 90012

TO AND IN THE
UNITED STATES DISTRICT COURT IN & FOR THE
SOUTHERN DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, LOS ANGELES, CA 90012

CIVIL COMPLAINT

I. PLAINTIFFS'S   CIVIL COMPLAINT

1.        The plaintiffs; Heralal A. Nandlal and

2.    Megan D. Fox; of Metropolitan State Hospital

3.    Unit numbered 415; located at 11401

4.    Bloomfeild avence in the zip code of

1 of 36

HERRERA & WANDEAC et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL
11901 BLOOMFIELD AVENUE

COLSON BAKER et. al.
BAD BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST
HIGHWAY

MALIBU, CA 90265

V.

5.   90650, in the city of Norwalk, in the

6.   county of Los Angeles, in the state of

7.   California; hereby respectfully submits this

8.   civil complaint to and in the jurisdiction

9.   of United States District Court in and for

10.  the southern District of California; located in

11.  the Edward R. Roybal Federal Building at

12.  255 East Temple street in the zip code of

13.  90012, in the city of Los Angeles, in the

14.  county of Los Angeles, in the state of California;

15.  against the defendants; Colson Baker allias

16.  name Machine Gun Kelly and Bad Boy

2 of 36

PLAINTIFF (S)

HERALD A. NANDLAL et.al. LEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL
11401 BLOOMFIELD AVENUE

NORWALK, CA 90650

DEFENDANT (S)

COLSON BAKER et.al. BAD
BOY RECORDS
ADDRESS: NOBU MALIBU
22700 EAST PACIFIC COAST
HIGHWAY

MALIBU, CA 90265

V.

17. Records; unofficially located at Nobu Malibu

18. at 22700 East Pacific Coast Highway in the

19. zip code of 90265, in the city of Malibu, in

20. the state of California; seeking [the plaintiffs]

21. the satisfaction of federal questioning for

22. the judiciary judgement and writ of

23. restitution for ~~punitative~~ to punitive and

24. injunctive relief totalling one-hundred

25. million United States Dollars ($100,000,000.00)

26. for the defendants's civilly-liable criminal

27. acts committed against the plaintiffs

28. beginning atleast after the summer season

5 of 36

HERTRAL A. WANDLAC et.al. MEGHAN          COLSON BAKER et.al. BAD
D. FOX                                    BOY RECORDS
ADDRESS: METROPOLITAN STATE               ADDRESS: 1080 MALIBU
         HOSPITAL                         22706 E. PACIFIC COAST
         11401 BLOOMFIELD AVENUE          HIGHWAY

         NORWALK, CA 90650                MALIBU, CA 90265

                              V.

29   months  in the year of 2021 where both

30   of the plaintiffs were conspired against

31   by the co.et.al defendants; Colson Baker

32   alias name Machine Gun Kelly and Bad Boy

33   Records; who [ Colson Baker alias name

34   Machine Gun Kelly ] conspired [ against the

35   plaintiffs ] to falsely imprison, domestically

36   abuse, slander, and but not limited to libel

37   the plaintiffs in an effort to promote the

38   Sale and digital streaming of recording albums

39   as a well known recording artist signed [the

40   ~~deta~~ co.et.al. defendant; Colson Baker alias

HERICAL A. NANDUAL et al MEGAN
Dr FOX
ADDRESS: METRO POLITAN STATE
HOSPITAL

COLSON BAKER et al. BAD
BOYS RECORDS
ADDRES: NOBU MALIBU
22700 E. PACIFIC COAST HIGHWAY

11408 BLOOMFIELD AVENUE        MALIBU, CA 90265

NORWALK, CA 90650

V.

41    nance Machine Gun Kelly J to the co.et.al

42    defendant recording label, Bad Boy Records;

43    By ways and means to launch defamatory

44    [ to and against the plaintiffs] publicity stunt

45    schemes to market [ the co.et.al defendants;

46    Colson Baker allias name Machine Gun Kelly

47    and recording label, Bad Boy Records J

48    music and film projects produced

49    beginning atleast after the summer season

50    months of the year of 2021.

51    II. PLAINTIFFS's ~~NOTICE~~ PETITION OF
        INFORMA PAUPIS

PLAINTIFFS(S)

HERRZAZ A. NANDEZ et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415
11401 BLOOMFIELD AVENUE
NORWALK, CA 90650

COLSON BAKER et al. BAD
BOY RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY
MALIBU, CA 90265

v.

52    The plaintiffs hereby respectfully provides

53    the werein attached potition for informa-

54    paupis filing to this jurisdiction of United

55    States District Court in and for the Southern

56    District of California; located in the Edward

57    R. Roybal Federal Building at 255 East Temple

58    Street in the zip code of 90012 in the

59    City of Los Angeles, in the county of Los

60    Angeles, in the state of California; as the

61    co.et.al plaintiffs meet the required criteria

62    for in forma paupis filing status.

HERACL A. HANDLAC et.al. MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415
11401 BLOOMFIELD AVENUE
NORWALK, CA 90650

OCEAN BASER et.al. BAD BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY
MALIBU, CA 90265

V.

63.    III. PLAINTIFFS'S  NOTICE OF SECONDARY
        ADDRESS

64.    The plaintiffs hereby respectfully notifies

65.    this jurisdiction of United States District

66.    Court in and for the Southern District of

67.    California that the co.et.al plaintiffs's

68.    stated address of Metropolitan State Hospital

69.    unit numbered 415 at 11401 Bloomfield

70.    hence in the zip code of 90650, in the

71.    city of Norwalk, in the county of Los

72.    Angeles, in the state of California is

73.    only the co.et.al plaintiffs primary

HERALTH A. WANDLAZ et. al. MEGAN          COLSON BAKER et al. GAD
D. FOX                                     BOYS RECORDS
ADDRESS: METROPOLITAN STATE                ADDRESS: NOBU MALIBU
        HOSPITAL UNIT #415                 22706 E. PACIFIC COAST HIGHWAY

        11401 BLOOMFIELD AVENUE            MALIBU, CA 90265
        NORWALK, CA 90650

                              v.

74. residential address for a temporary period

75  where the co.et.al plaintiffs herein provides

76  this jurisdiction; of United States District

77  Court in and for the Southern District

78. of California; the plaintiffs's secondary

79  address of 7123 South woodlawn in the

80  the zip code of 60619, in the city of

81  Chicago, in the county of Cook, in the

82  State of Illinois where the plaintiffs

83  requests and intends the that one copy of

84  each court-recorded document shall be

85  mailed, via United States Postal Service, to

                                        8 of 36

PLAINTIFF(S)

HONORABLE A. NADLER et al; MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415
11401 BLOOMFIELD AVENUE
NORWALK, CA 90650

DEFENDANT(S)

CARSON BAUER et al; BAD BOY's
RECORDS
ADDRESS: NOBU MALIBU
22706 E PACIFIC COAST HIGHWAY VAN
HIGHWAY
MALIBU, CA 90265

v.

86    The secondary address of the plaintiffs

87    as the plaintiffs's primary address is

88    compromised and the plaintiffs may not

89    recieved any responses via the United States

90    Postal Service mail service.

91    IV. SUBPEONA: LOS ANGELES COUNTY CRIMINAL
      COURT OF VAN NUYS

92         The a.c.t. al plaintiffs hereby respectfully

93    requests the jurisdiction of United States

94    District Court in and for the Southern District

95    of California to are subpeona the jurisdiction

96    of Los Angeles County Criminal Court of

HELALAL H. NANOLAZ et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
        HOSPITAL UNIT #915
        11401 BLOOMFIELD AVENUE

        NORWALK, CA 90650

COLSON BAKER et al. BAD
BOYS RECORDS
ADDRESS: ~~HERON AND BURBANK~~
22706 G. PACIFIC COAST HIGHWAY

        MALIBU, CA 90265

                    V.

97   Van Nuys; located at 14400 Erwin Street in

98   the zip code of ~~9th~~ 91401, in the city of

99   Los Angeles, in the county of Los Angeles, in

100  the state of California; to supply or otherwise

101  produce, as evidence, criminal case numbered

102  and docketed as LA09836001 to this jurisdiction

103  of United States District Court in and for the

104  Southern District of California; located in the

105  Edward R. Roybal Federal Building at 255

106  East Temple Street in the zip code of 90012

107  in the city of Los Angeles in the county

108  of Los Angeles in the state of California.

                                    10 of 36

PLAINTIFFF(s)

HERALAL H. NANDLAL et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
          HOSPITAL UNIT #4/B
          11/401 BLOOMFIELD AVENUE

          NORWALK, CA 90650

COLSON BAKER et al. BAD
BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

109    I. PLAINTIFFS'S AFFIDAVIT OF STATEMENT

110    The plaintiff; Heralal A. Nandlal, who

111    [co. et.al plaintiff; Heralal A. Nandlal] was vetted

112    as having powers-of-attorney vested for, by, and

113    behalf of the co. et.al plaintiff; Megan D. Fox

114    on or after the 19th day of the month of

115    December in the year of 2022; does the

116    provides the herein attached affidavit of

117    statement as a witness of acts of criminal

118    domestic abuse against the co. et.al plaintiffs;

119    Megan D. Fox and Heralal A. Nandlal

120    beginning atleast after or in the summer

11 of 56

HERALAC A. NANDLAL et.al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415

COLSON BAKER et.al. BAD
BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

1401 BLOOMFIELD AVENUE        MALIBU, CA 90265

NORWALK, CA 90650

v.

121   Season months of the year of 2021 listed

122   as follows;

123    A. INCIDENT 1: ROXX THEATER

124          After the summer season months of

125   the year of 2021, recorded as video evidence,

126   was the co.et.al plaintiff; Megan D. Fox,

127   forced, by co.et.al defendant; Colson Baker

128   alias name Machine Gun Kelly, to scale an

129   above ground parking garage building where

130   the co.et.al plaintiff; Megan D. Fox, and the

131   co.et.al defendant; Colson Baker alias name Machine

132   Gun Kelly, were at a great risk of

HERACAL A. NANDIAL et.al MEGAN          COLSON BAKER et.al BAD
D. FOX                                  BOY RECORDS
ADDRESS: METROPOLITAN STATE             ADDRESS: NOBU MALIBU
        HOSPITAL UNIT #415              22706 E. PACIFIC COAST HIGHWAY

    14401 BLOOMFIELD AVENUE             MALIBO, CA 90265

NORWALKS, CA 90650

                          V.

133  potentially falling from a height that was

154  more than thirty (30) feet high and where

155  such a fall would have caused the @etal

136  plaintiff; Megan D. Fox, and the co-etal

137  defendant; Colson Baker alias name Machine

138  Gun Kelly, substantial injury and or

139  immediate death that was recorded [ there

140  video evidence] by pedestrian on-lookers

141  at or near the Roxy Theater and above

142  ground parking garage most closely near

143  the respective Roxy Theater.

HERRZAL A. NANDLAZ et.al. MEGAN          COLSON BAKER el.al. BAD
D. FOX                                   BOY RECORDS
ADDRESS: METROPOLITAN STATE              ADDRESS: NOBU MALIBU
         HOSPITAL UNIT #4B               22706 E. PACIFIC COAST HIGHWAY

11401 BLOOMFIELD AVENUE          MALIBU, CA 90265

NORWALK, CA 90650

V.

144    B. INCIDENT 2; FALLING TO MY DEATH ALBUM

145         After the summer season months of the

146    year of 2021 recorded as a studio album

147    and a collection of music videos did the

148    co.et.al defendant; Colson Baker alias name

149    Machine Gun Kelly, cast the co.et.al plaintiff;

150    Megan D. Fox, in a music video as the lead

151    role depicting the co.et.al plaintiff; Megan D.

152    Fox, as a positive love interest of the

153    co.et.al defendant; Colson Baker alias name

154    Machine Gun Kelly, before producing another

155    music video casting I co.et.al plaintiff defendant;

PLAINTIFFS(s)
HEARAL S. NANDLAL et. al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415

1401 BLOOMFIELD AVENUE
NORWALK, CA 90650

DEFENDANTS (s)
COLSON BAKER et. al. BAD
BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

156   Colson Baker alias name Machine Gun Kelly]

157   an actress as a look-alike lead role

158   depicting the lead role actress as a toxic

159   negative love interest and where the title of

160   the co.et.al defendants's; Colson Baker alias

161   name Machine Gun Kelly and Bad Boy Records,

162   album; "Falling to My Death", is an overt

163   attempt by the co.et.al defendant; Colson

164   Baker alias name Machine Gun Kelly, to

165   profess a conspired plot to commit suicide

166   by and on behalf of the co.et.al defendant;

167   Colson Baker alias name Machine Gun Kelly,

PLAINTIFF(S)
HERACLE A. NANDLAL et.al. MEGAN
Q. FOX
ADDLESS: METROPOLITAN STATE
HOSPITAL UNIT#415
11401 BLOOMFEILD AVENUE

NORWALK, CA 90650

COLSON BAKER et.al. BAD
BOY RECORDS
ADDRES: NOEU MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 92265

V.

168 Where the co.et.al defendant; Colson Baker

169 alias name Machine Gun Kelly is a well

170 known recording artist that is known for

171 climbing tall structures during live performances

172 and when such music videos are supported

173 by video footage and where audio of such

174 artistic domestic abuse has been recorded in

175 a studio setting and distributed by the

176 co.et.al defendant; Bad Boy Records.

177 C. INCIDENT 3: MADISON SQUARE GARDEN
AFTER PARTY

178 After the summer season months of

PLAINTIFF(S)

HENRZA A. MANOCAL et.al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415

1401 BLOOMFIELD AVENUE
NORWALK, CA 90650

DEFENDANT

COLSON BAKER et.al.
BADBOY RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

U.

179    the year of 2021, recorded as video

180    evidence, following a live performance by

181    the co.et.al defendant; Colson Baker alias name

182    Machine Gun Kelly, where the co.et.al

183    plaintiff; Megan D. Fox, was present with the

184    co.et.al defendant; Colson Baker alias name

185    Machine Gun Kelly, in the city of New York

186    City, in the State of New York at a party

187    titled as the "Madison Square Garden After

188    Party" was the co.et.al defendant; Colson Baker

189    alias name Machine Gun Kelly, mentally unstable

190    or otherwise ill to the extent that he [co.et.al

PLAINTIFFS

HERACLAC H. NANDLAC et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
         HOSPITAL UNIT #415

11401 BLOOMFIELD AVENUE

NORWALK, CA 90650

DEFENDANTS

COLSON BAKER et al. BAD
BOY RECORDS
ADDRESS: NOBU MALIBU

22706 E PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

191    defendant; Colson Baker alias name Machine

192    Gun Kelly], by self-infliction, struck himself

193    [Co et al defendant; Colson Baker alias name

194    Machine Gun Kelly] over the head with a

195    glass beer bottle where the referenced glass

196    beer bottle shattered and left the co.et.al

197    defendant; Colson Baker alias name Machine

198    Gun Kelly, bleeding from the head area.

199    D. INCIDENT 4: THE CO·ET·AL DEFENDANT'S
           VAMPIRE-LIKE BEHAVIOR

200        After the summer season months of the

201    Year of 2021, recorded by photographic evidence

HERZEL A. NANDLAZ et al. MEGAN
D. FOX
ADDRESS: METROPOLITAN STATE
             HOSPITAL UNIT # 4/5

   11401 BLOOMFEILD AVENUE
   NORWALK, CA 90650

COLSON BAKER et al.
BAD BOY RECORDS
ADDRESS: NOBU MALIBU
22706 E PACIFIC COAST HIGHWAY

MALIBU, CA 90265

                V.

202   and spoken-interviewed anecdotal evidence

203   provided by the co.et.al plaintiff; Megan

204   D. Fox was of a common practice of the

205   co.et.al defendant; Colson Baker alias name

206   Machine Gun Kelly, to force the co.et.al

207   plaintiff; Megan D. Fox to slash her [co.et.al

208   Plaintiff's; Megan D Fox's] skin in an effort

209   to produce blood by which the co.et.al

210   defendant; Colson Baker alias name Machine

211   Gun Kelly, would then proceed to ingest the

212   co.et.al plaintiff's; Megan D. Fox's, blood from

213   the respective open wounds of the co.et.al

HERHLAZ A. NANDLAR et.al. MEGAN
D. FOX
ADDRESS: METRODOLITAN STATE
            HOSPITAL UNIT#1/5

11401 BLOOMFEELD AVENUE

NORWALK, CA 90650

COLSON BAKER et.al
BAD BOY RECORDS
ADDRESS: NOBU MALIBU
2 2706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

                        V.

214    plantiff; Megan D. Fox.

215         Was it also a common practice by

216    the co.et.al defendant; Colson Baker allias

217    name Machine Gun Kelly, to open self-inflicted

218    wounds and force [co.et.al defendant; Colson

219    Baker allias name Machine Gun Kelly] co.et.al

220    plaintiff; Megan D. Fox to ingest the co.et.al

221    defendant's; Colson Baker's allias name

222    Machine Gun Kelly's, blood where the vampire-

223    like blood sucking incident occured more than

224    once and where the co.et.al plaintiff; Megan

225    D. Fox, has overtly and openly protested

                                            20 of 36

HERMAL A. NANDLAC et.al.          COLSON BAKER et al.
  MEGAN D. FOX                    BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE       ADDRESS: NOBU MALIBU
        HOSPITAL UNIT# 415        22706 E. PACIFIC COAST HIGHWAY

    11401 BLOOMFIELD AVENUE            MALIBU, CA 90245

    NORWALK, CA 90650

                          V.

226   her [co.et.al plaintiff's; Megan D. Fox's]

227   dislike for the co.et.al defendant's; Colson

228   Baker's allias name Machine Gun Kelly's, tendancy

229   to conduct vampire-like behavior on a

230   number of syndicated late-night television

231   shows's interviews as well as non-televised

232   interviews conducted by the co.et.al plaintiff;

233   Megan D. Fox, at a number of locations, dates,

234   and times beginning atleast after the summer

235   season months in the year of 2021.

236     E. INCIDENT 5: CO. ET. AL DEFENDANT'S
          ENDANGERMENT OF CHILDREN

VERTRACAL A. NANOLAR et.al.
MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
        HOSPITAL UNIT #415

        11401 BLOMFIELD AVENUE

NORWALK, CA 90650

COLSON BAKER et.al.
BAD BOY RECORDS
ADDRESS: 10080 MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

237    After the summer season months of the

238    year of 2021, recorded by news media

239    outlets as video evidence, did the co.et.al

240    defendant; Colson Baker alias name Machine

241    Gun Kelly, operate a sports model motorcycle

242    accompanied by and with a toddler-age child

243    who [the toddler-age child] was subjected to

244    the safety ~~elements~~ʷⁿ elements, or lack there of,

245    of the sport-model motorcycle that was not

246    equipped with any airbags, safety belts, or

247    any precautionary equipment to prevent death

248    or serious injury in the event of an accident.

22 of 36

HELICAL A. NANDLAC et.al
MEGAN D. FOX
ADDRESS; METROPOLITAN STATE
HOSPITAL UNIT #4/15

11401 BLOOMFELD AVENUE
NORWALK, CA 90650

COLSON BAKER et.al.
BAD BOYS RECORDS
ADDRESS: NOBO MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

249   The co.et.al plaintiff; Megan D. Fox is a

250   mother of three children.

251   F. INCIDENT 6: THE Co. ET. AL DEFENDANT'S
         SUICIDE ATTEMPT

252      After the summer season months of

253   the year of 2021, recorded by news media

254   outlets as video evidence and anecdotal evidence,

255 255th   did the co.et.al defendant; Colson Baker

256   alias name Machine Gun Kelly, conduct several

257   interviews where the co.et.al defendant;

258   Colson Baker alias name Machine Gun Kelly

259   recounts a time when the co.et.al plaintiff;

HERZAL A. NANDLAL et. al.
MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
            HOSPITAL UNIT#415
        11401 BLOOMFIELD AVENUE
        NORWALK, CA 90650

COLSON BAKER et. al.
BAD BOY RECORDS
ADDRESS: NIBU MALIBU
22706 E. PACIFIC COAST HIGHWAY
MALIBU, CA 90265

V.

260   Megan D. Fox, ventured overseas to the

261   country of Bulgaria on a business trip to

262   produce a film and the co. et. al defendant;

263   Colson Baker allias name Machine Gun Kelly, call

264   the co. et. al plaintiff; ~~Agatha~~ Megan D. Fox,

265   via telephone, to report [co. et. al defendant;

266   Colson Baker allias name Machine Gun Kelly]

267   that his [co. et. al defendant's; Colson Baker's

268   allias name Machine Gun Kelly's] mental health

269   had deteriorated to the point that he

270   [co. et. al defendant; Colson Baker allias name

271   Machine Gun Kelly] was "paranoid" [co. et. al

24 of 36

HERRICH A. NANDCAL et.al.                    COLSON BAKER et.al.
MEGAN D. FOX                                 BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE                  ADDRESS: NOBU MALIBU
        HOSPITAL UNIT #415                   22706 E. PACIFIC COAST HIGHWAY

        11401 BLOOMFIELD AVENUE      MALIBU, CA 90265

        NORWALK, CA 90650

                            v.

272   defendant; Colson Baker alias name Machine Gun

273   Kelly] that "someone was going to kill

274   him" [co.et.al defendant; Colson Baker alias

275   name Machine Gun Kelly] while the defendant;

276   Colson Baker alias name Machine Gun Kelly,

277   simultaneously held the barrel end of a

278   shotgun [co.et.al defendant; Colson Baker alias

279   name Machine Gun Kelly] in his [co.et.al

280   defendant; Colson Baker's alias name Machine

281   Gun Kelly's] mouth. After asking the shotgun

282   [co.et.al defendant; Colson Baker alias name

283   Machine Gun Kelly] did the shotgun jam

                                            25 of 36

HERAZAR A. NANDLAZ et.al                COLSON BAKER et.al.
MEGAN D. FOX                            BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE             ADDRESS: NOBU MALIBU
        HOSPITAL UNIT # 5/15            22706 E. PACIFIC COAST HIGHWAY

        11401 BLOOMFIELD AVENUE         MALIBU, CA 90265
        NORWALK, CA 90650

                                V,

284     and did the co. et. al defendant; Colson

285     Baker alias name Machine Gun Kelly, view

286     the jamming of the shotguns as a "sign from

287     God" reported willingly by the co. et. al

288     defendant; Colson Baker alias name Machine

289     Gun Kelly, in a video recorded interview

290     that was recorded after the summer season

291     months in the year of 2020.

292     G. INCIDENT 7: SEXUAL ABUSE

293         After the summer season months in

294     the year of 2021 did the co. et. al plaintiff; Megan

295     D. FOX, who [co. et. al plaintiff; Megan D.

PLAINTIFF(S)

HERAL AL A. NANDLAC et al.
MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
HOSPITAL UNIT #415

11901 BLOOMFIELD AVENUE
NORWALK, CA 90650

DEFENDANT(S)

COLSON BAKER et al.
BAD BOYS RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

296   FOX I conduct a number of recorded televised

297   and non-televised interviews reported by

298   anecdotal evidence that she cco.et.al plaintiff;

299   Megan D. Fox I was sexually and financially

300   abused as the co.et.al defendant's; Colson

301   Baker's allias name Machine Gun Kelly's,

302   urges to sexually and financially abuse the

303   victimized co.et.al plaintiff; Megan D. Fox,

304   destroyed a number of ~~tenth~~ luxury-brand

305   and specially designed articles of clothing

306   where on one instance the co.et.al defendant;

307   Colson Baker-allias name Machine Gun Kelly,

27 of 36

HERMAN A. NANDLAR et.al.
MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
          HOSPITAL UNIT #415
          11401 BLOOMFIELD AVENUE
          NORWALK, CA 90650

COLSON BAKER et.al.
BAD BOY RECORDS
ADDRESS: NOBU MALIBU
22706 E PACIFIC COAST HIGHWAY
MALIBU, CA 90265

V.

308   cut a hole in an expensive piece of

309   clothing in order to sexually abuse the

310   co.et.al plaintiff; Megan D. Fox;

311   H. INCIDENT 8: FALSE IMPRISONMENT

312         The co.et.al defendant; Colson Baker

313   alias name Machine Gun Kelly, on the 1st

314   day of the month of January, in the year

315   of 2022 which was after the summer

316   season months in the year of 2020;

317   supported by video evidence posted to

318   the co.et.al plaintiff's; Megan D. Fox's,

319   Instagram account; proposed marriage to

HERALIA A. NANDLAL et. al.                    COLSON BAKER et. al.
MEGAN D. FOX                                  BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE                   ADDRESS: NOBU MALIBU
        HOSPITAL UNIT #415                    22706 E. PACIFIC COAST HIGHWAY
     11901 BLOOMFIELD AVENUE      MALIBU, CA 50265
     NORWALK, CA 90650

                              V.

320   the  co.et.al plaintiff; Megan D. Fox; with

321   a ring that was designed and manufactured

322   in such a way to contain a set of

323   spikes [the ring] which when attempted

324   to be removed by its [the ring's] wearer,

325   the co.et.al plaintiff's; Megan D. Fox's, finger ta

326   finger would be impacted by the outfitted

327   spikes in order to prevent removal. In an

328   attempt to justify the gifting of such a

329   ring to the co.et.al plaintiff; Megan D. Fox,

330   by co.et.al defendant; Colson Baker alias name

331   Machine Gun Kelly; in a video recorded

PLAINTIFF(S)

DEFENDANT(S)

HERNAN A. NANDEZ et. al
MEGAN D. FOX
ADDRESS; METROPOLITAN STATE
HOSPITAL UNIT #415

COLSON BAKER et. al.
BAD BOY RECORDS
ADDRESS: NOBU MALIBU
22706 E. PACIFIC COAST HIGHWAY

11901 BLOOMFIELD AVENUE    MALIBU, CA 90265

NORWALK, CA 90650

V.

332   interview, did the co.et.al defendant; Colson

333   Baker allias name Machine Gun Kelly, state

334   that he (the co.et.al defendant; Colson Baker

335   allias name Machine Gun Kelly] "wanted

336   it to hurt". "It" being the removal of the

337   ring by the co.et.al plaintiff; Megan D.

338   FOX.

339   I. INCIDENT 9: FALSE IMPRISONMENT 2

340      on the 27th day of the month of

341   December in the year of 2022 was a

342   petition for an emergency protective order

343   filed by the petitioner; co.et.al plaintiff;

30 of 30

HERARAL A. NANDLAL et.al.                    COLSON BAKER et.al.
MEGAN D. FOX                                 BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE                  ADDRESS: NOBU MALIBU
        HOSPITAL UNIT #4/5                   22706 E. PACIFIC COAST HIGHWAY

        11401 BLOOMFIELD AVENUE        MALIBU, CA 90265

        NORWALK, CA 90630

                                V.

344   Megan D. Fox; against the respondent;

345   co.et.al defendant; Colson Baker allias name

346   Machine Gun Kelly, when the respondent;

347   co.et.al defendant, Colson Baker allias name

348   Machine Gun Kelly, intentionally violated the

349   filed emergency protective order by hiring

350   an unlicensed, untrained, and inexperienced

351   security guard to stalk the petitioner; co.et.al

352   plaintiff; Megan D. Fox; and the power of

353   attorney holder; the co.et.al plaintiff, Herald

354   A. Nandlal; and where such a conspiracy to

355   stalk the co.et.al plaintiffs resulted in

HERALAL A. NANDLAL et al.                    COLSON BAKER et al.
MEGAN D. FOX                                 BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE                  ADDRESS: NOBU MALIBU
       HOSPITAL UNIT #415                    22706 E. PACIFIC COAST HIGHWAY
   11401 BLOOMFIELD AVENUE          MALIBU, CA 90265
   NORWALK, CA 90650

                              v.

356   the co.et.al plaintiff; Herald A. Nandlal;

357   being assaulted and battered in retaliation

358   by the respondent; co.et.al defendant; Colson

359   Baker alias name Machine Gun Kelly; the

360   respondent's co.et.al respondents; two employed

361   band mates of the respondent; co.et.al

362   defendants; Colson Baker alias name Machine

363   Gun Kelly; and the hired unlicensed,

364   untrained, and inexperienced security guard

365   of the respondent; co.et.al defendant,

366   Colson Baker alias name Machine Gun Kelly;

367   who [the unlicensed, untrained, and inexperienced

                                              32 of 56

PLAINTIFF(S)
HERALAL A. NANDLAL et. al.
MEGAN D. FOX
ADDRESS: METROPOLITAN STATE
          HOSPITAL UNIT #415

1140 BLOOMFEILD AVENUE
NORWALK, CA 90650

DEFENDANT(S)
COLSON BAKER et. al.
BAD BOY RECORDS
ADDRESS: NOBU MALIBU
22706 E PACIFIC COAST HIGHWAY

MALIBU, CA 90265

V.

368  Security guard of the respondent; co. et. al

369  defendant, Colson Baker alias name Machine

370  Gun Kelly was also a co. et. al respondent

371  of the respondent, co. et. al defendant;

372  Colson Baker alias name Machine Gun Kelly;

373  and where the respondent; co. et. al defendant,

374  Colson Baker alias name Machine Gun Kelly;

375  conspired with the responding officers of the

376  Los Angeles County Sheriff's's Department to

377  further retaliate against the co. et. al plantiffs;

378  Megan D. Fox and Herald A. Nandla, by wrongfully

379  arresting the co. et. al plantiff; Herald A Nandla

HERALAL A. NANDLAL et.al                    COLSON BAKER et.al.
MEGAN O. FOX                                 BAD BOY RECORDS
ADDRESS: METROPOLITAN STATE                  ADDRESS: ~~MALIBU~~ NOBU MALIBU
          HOSPITAL UNIT #445                 22706 E PACIFIC COAST HIGHWAY

    11401 BLOOMFIELD AVENUE         MALIBU, CA 90265

    NORWALK, CA 90650

                              V.

380   and pling fraudulent charges against the

381   co-et.al plaintiff; Heralal A. Nandlal; to

382   conceal the evidence of the conspiracy plot

383   and where such criminal charges are recorded

384   as criminal case number LA09836001 or

385   "The People of the State of California v.

386   Heralal A. Nandlal" in the jurisdiction of

387   Los Angeles County Criminal Court of Van Nuys,

388   located at 14400 Erwin Street in the zip code

389   of 91401 in the city of Los Angeles, in the

390   county of Los Angeles, in the state of California.

HERLAL A. NANDLAL et al.                    COLSON BAKER et. al.
MEGAN D. FOX                                BADBOY RECORDS
ADDRESS: METROPOLITAN STATE                 ADDRESS: NOBU MALIBU
          HOSPITAL UNIT #415                 22706 E. PACIFIC COAST HIGHWAY
    11401 BLOOMFEILD AVENUE          MALIBU, CA 90265
    NORWALK, CA 90650

                              V.

391        The co.et.al plantiffs; Heralal

392   A. Nandlal and Megan D. Fox; believes the

393  394AM   foregoing statements to be true and

394   correct.

                    The foregoing statement and
                    complaint submitted on this
                    26th day of the month of
                    August in the year of 2023
                    to and in this jurisdiction of
                    United States District Court in
                    and for the Southern District
                    of California; located at the in
                    the Edward R Roybal Federal
                    Building of 255 East Temple
                    Street in the zip code of 90012,
                    in the city of Los Angeles, in the
                    county of Los Angeles, in the
                    state of California; by the
                    co.et.al plantiff; Heralal A.

HERALAC A. NANDLA et al.
MEGIAN O. FOX
ADDRESS: METRODOCLETAN STATE
          HOSPITAL UNIT #415

   11401 BLOOMFEILD AVENUE
NORWARK, CA 90650

CASSON BAKER et al.
BAD BOY RECORDS
ADDRESS: WOTBU MALEBU
22906 E. PACIFIC COAST HIGHWAY

MALIBU, CA 90265


             Naad/al.



                  (SIGNATURE)


            HW  08/26/2023
                  (DATE)

